Fourth Court of Appeals
 San Antonio, Texas
 June 15, 2018

 No. 04-17-00644-CV

 Edgardo BÁEZ and the Báez Law Firm, P.C.,
 Appellants

 v.

 Gilberto VILLEGAS,
 Appellee

 From the 37th Judicial District Court, Bexar County, Texas
 Trial Court No. 2016CI02694
 Honorable David A. Canales, Judge Presiding

 ORDER
 In this appeal, Appellee Gilberto Villegas advised this court that Appellants Edgardo R.
Baez and The Baez Law Firm filed a suggestion of bankruptcy. The suggestion discloses that
Appellants filed a voluntary petition for bankruptcy in the United States Bankruptcy Court for
the Western District of Texas under Case No. 18-51281-cag on June 1, 2018. See 11 U.S.C.
§ 362 (2012); TEX. R. APP. P. 8.1.
 Accordingly, this appeal and all time periods under the Texas Rules of Appellate
Procedure are stayed from the date the bankruptcy petition was filed in the bankruptcy court.
See 11 U.S.C. § 362 (“Automatic stay”); TEX. R. APP. P. 8.2.
 This appeal is ABATED. For administrative purposes, the appeal will be treated as a
closed case unless and until it is reinstated in accordance with Rule 8.3 of the Texas Rules of
Appellate Procedure. See TEX. R. APP. P. 8.3.

 _________________________________
 Patricia O. Alvarez, Justice
 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 15th day of June, 2018.

 ___________________________________
 KEITH E. HOTTLE,
 Clerk of Court